

July 2, 2012

By Electronic Filing

Hon. David E. Peebles
U.S. Magistrate Judge
U.S. District Court, NDNY
P.O. Box 7345
Syracuse, New York 13261

    Re:    U.S. v. Claudia Hernandez
              12-CR-90 (NAM)

Dear Judge Peebles:

      As a condition of Claudia Hernandez' release, you directed her to address her pending matter in Georgia. Attached please find several documents reflecting that she appeared in court in Decatur County, Georgia on June 20, 2012 and was released on bond. She was directed to reappear on June 25, 2012, and is scheduled to appear again on July 16, 2012. I expect that Ms. Hernandez will see that matter through to conclusion, and will report to the Court as directed if that is not accomplished.

      Thank you for your consideration.

                                      Very truly yours,

                                      George F. Hildebrandt

GFH/jm
cc:    United States Attorney's Office (By ECF)
        Claudia Hernandez

**CRIMINAL BOND**  **STATE COURT**

STATE OF GEORGIA, _Decatur_ COUNTY

**Know all Men by these Presentments**, That we, _Hernandez, Claudia (espopsa)_ _____ principal _Liberty Bonding_ Security agree jointly and severally to pay _Nathan Deal_ Governor of Georgia, and his successors in office _$3000.00_ DOLLARS and for the true payment of which we bind ourselves by these presentments.

Signed with our hands and sealed with our seals, and dated this _26th_ _June_ 20 _12_.

**The Condition of the Above Obligation is Such**, That the above bound _Hernandez, Claudia_ shall personally appear at the _State_ Court holden in and for said County on the _25th_ day of _June_, 20 _12_ next from day to day and term thereof until discharged by law, to answer the offense(s) of:

_Failure to Appear_ warrant #: _11SC00257_ bond amount: _$3000.00_
_____ warrant #: _____ bond amount: _____
_____ warrant #: _____ bond amount: _____
_____ warrant #: _____ bond amount: _____
_____ warrant #: _____ bond amount: _____

as charged in the affidavit of _____ then the obligation to be null and void, else in full force and effect.

In addition to all other requirements of the foregoing, we, principal and security agree that the above bond and recognizance is conditioned also upon the appearance of the principal before the court at the time fixed for his arraignment as required under O.C.G.A. & 17-6-17 and 17-7-91.

**And as to this Obligation**, We severally waive our rights to the benefits of Homestead Exemption laws of the State of Georgia and of the United States as fully as we are authorized to do by the Constitution and Laws of this State and the United States.

Signed in the presence of and approved by Decatur County Sheriff's Office

Signature _Sheriff Wiley Griffin_
(Sheriff of Decatur County)
Approved by _Lt. D. Keirce_
Dated approved _26th June 2012_
Address of property _____
_____
_____
Description of property _____
_____
This property has a fair market value of $ _____
I swear that the property has sufficient unencumbered equity to satisfy this bond.
Signature _____

Witness our hands and seals:
x _Claudia Hernandez_ Principal
Address _1132 N.E. 28th St._
_Belle Glade, FL 33430_
Phone _(321) 521-7224_
_____ L.S.
Address _P.O. 1687_
_Bainbridge, GA 39818_
Phone _____
_____ L.S.
Address _____

appear at the _____ Court holden in and for said County on the _25th_ _____ personally day of __June_____, 20 _12_ next from day to day and term thereof until discharged by law, to answer the offense(s) of:

| _Failure to Appear_ | warrant #: _115-00257_ | bond amount: _$2000.__ |
| _____ | warrant #: _____ | bond amount: _____ |
| _____ | warrant #: _____ | bond amount: _____ |
| _____ | warrant #: _____ | bond amount: _____ |
| _____ | warrant #: _____ | bond amount: _____ |

as charged in the affidavit of _____ then the obligation to be null and void, else in full force and effect.

In addition to all other requirements of the foregoing, we, principal and security agree that the above bond and recognizance is conditioned also upon the appearance of the principal before the court at the time fixed for his arraignment as required under O.C.G.A. & 17-6-17 and 17-7-91.

**And as to this Obligation,** We severally waive our rights to the benefits of Homestead Exemption laws of the State of Georgia and of the United States as fully as we are authorized to do by the Constitution and Laws of this State and the United States.

Signed in the presence of and approved by Decatur County Sheriff's Office

Signature _Sheriff Wiley Griffin_
(Sheriff of Decatur County)

Approved by _Ofc. D. Pence_

Dated approved _20th June, 2012_

Address of property _____

_____

Description of property _____

_____

This property has a fair market value of $ _____.
I swear that the property has sufficient unencumbered equity to satisfy this bond.

Signature _____

Witness our hands and seals:

X _Claudia Hernandez_ Principal

Address _1132 N.E. 25th St._

_Belle Glade, Fl. 33430_

Phone _(561) 261-7664_

X _Nancy Exum_ _____ L.S.

Address _P.O. 1687_

_Bainbridge Ga. 39818_

Phone _____

_____ L.S.

Address _____

_____

Phone _____

Date Signed _6/18/20_

## NOTICE OF ARRAIGNMENT

TO: _Hernandez, Claudia_

You are hereby notified in accordance with O.C.G.A. & 17-7-91 of _25th June, 2012_ has been fixed for your arraignment on the case pending against you in the _____ _State_ _____ Court of _Decatur_ County, Georgia. You are required by law to be and appear before the Judge of said Court at _0830_ A.M. on the above date. HEREIN FAIL NOT UNDER PENALTY OF THE LAW.

## ACKNOWLEDGEMENT OF SERVICE

The undersigned hereby acknowledges receipt of the notice of arraignment given him in the case pending against him in the _State_ Court of _Decatur_ County, Georgia. All other and further notice and service of any kind is hereby waived.
This the _20th_ day of _June_, 20 _12_.

X _Claudia Hernandez_
Defendant

White – Original    Yellow – Jail's Copy    Pink – D____

## NOTICE TO APPEAR

DEFENDANT Claudia Hernandez

CASE # 11SC00257

In connection with the above-stated case(s), you are hereby notified to appear before the State Court of Decatur County on:

July 16, 2012

☒ at 8:30 a.m.   ☐ at _____ _____.m.

at the following place:

☐ The courtroom in the Decatur County Jail and Sheriff's Dept., 912 Spring Creek Road in Bainbridge, Georgia.

☐ The courtroom in the Decatur County Courthouse, 112 W. Water Street in Bainbridge, Georgia.

You will not receive any further notice to appear in court.

WITNESS THE HONORABLE GEORGE C. FLOYD, JUDGE.

_Patsy Rent / Dep_ CLERK

Receipt of this Notice to Appear is acknowledged this

25 day of June, 2012.

_Claudia Hernandez_
SIGNATURE OF DEFENDANT

The Law Office of Gilbert Murrah, P.C.

### Gilbert J. Murrah

308 West Water Street
P.O. Box 1421
Bainbridge, GA 39818
(229) 246-3391 (229) 246-5798 fax